# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| CARLOS D. ROBLES,<br>*Plaintiff*<br><br>v.<br><br>TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER and BRADLEY P. FUHRMAN, M.D., in his official capacity; and TEDD MITCHELL, M.D., in his official capacity,<br>*Defendants.* | CAUSE NO. 3:14-CV-321 |

## AGREED PROPOSED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16(c), the Court issues the following Scheduling Order:

1. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **January 12, 2015**.

2. All parties asserting claims for relief shall file and serve on all other parties their designation of potential witnesses, testifying experts and proposed exhibits and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **January 19, 2015**. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by **February 2, 2015**. All designations of rebuttal experts shall be filed and served on all other parties within fifteen (15) days of receipt of the report of the opposing expert, and the materials required by

1

Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be served, but not filed, on all other parties within fifteen (15) days of receipt of the report of the opposing expert.

      3.    The parties shall complete discovery on **March 2, 2015.** Counsel may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

      4.    All dispositive motions shall be filed and served on all other parties on or before **March 27, 2015,** and shall be limited to twenty (20) pages. Response shall be filed and served on all other parties within eleven (11) days of the service of the motion and shall be limited to twenty (20) pages. Any replies shall be filed and served on all other parties within eleven (11) days of service of the response and shall be limited to ten (10) pages, but the Court need not wait for the reply before ruling on the motion.

5. This case is set for final pretrial conference, in chambers, on the **8th** day of, **June** 2015, **at  9:00 A.M.**  trial in the month of **June 2015.** The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16 (e) regarding matters to be filed in advanced of the final pretrial conference.

 SIGNED this _____ day of _____, 2014

                                                                                 _____
                                                                                 **UNITED STATES DISTRICT JUDGE**

**AGREED:**

/s/   Soraya Yanar Hanshew (With Permission)      /s/  Esteban Soto_____
Attorney for Plaintiff                                                             Attorney for Defendants