

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

ESTEBAN S.M. SOTO  
Assistant Attorney General  
General Litigation Division

PHONE: (512) 463-0447  
FAX: (512) 320-0667  
EMAIL: esteban.soto@texasattorneygeneral.gov

May 28, 2015

*Via Federal Express Overnight*  
Mr. William J. Putnicki  
U.S. District Clerk's Office  
525 Magoffin Avenue, Suite 105  
El Paso, Texas 79901

RECEIVED  
MAY 29 2015  
CLERK, U.S. DISTRICT COURT  
WESTERN DISTRICT OF TEXAS  
BY_____ DEPUTY

RE: Civil Action No. 3:14-CV-321-CM; *Carlos D. Robles v. Texas Tech University Health Sciences Center a/k/a Texas Tech University Health Sciences Center at El Paso, Bradley P. Fuhrman M.D., and Richard Lange, M.D.*; In the United States District Court for the Western District of Texas, El Paso Division

Dear Mr. Putnicki:

Enclosed please find two (2) copies of six (6) DVDs, one for Judge Montalvo's chambers and one for the Court, of "Exhibit A" to Defendants' Objections and Motion to Strike Plaintiff's Summary Judgment Evidence Attached in Response to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Motion to Strike in the above-referenced matter.

Sincerely,

Caroline Taylor, Legal Secretary to  
Esteban S.M. Soto  
Assistant Attorney General